*UNITED STATES DISTRICT COURT*
NORTHERN DISTRICT OF MISSISSIPPI

**NOTICE**

UNITED STATES OF AMERICA

V.  CASE NUMBER: 3:15CR108 M

AUSTIN REED EDENFIELD

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

**Place**
UNITED STATES FEDERAL BUILDING
911 JACKSON AVENUE
OXFORD, MISSISSIPPI

**Room No.**
COURTROOM 3 EAST - THIRD FLOOR

**Date and Time**
**WEDNESDAY, SEPTEMBER 16, 2015, 1:30 PM**

**Type of Proceeding**

**WAIVER OF INDICTMENT/ FILING OF INFORMATION/
PLEA AS TO COUNT ONE OF AN INFORMATION
BEFORE UNITED STATES DISTRICT JUDGE MICHAEL P. MILLS.**

**\*ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENT(S) AS TO COURT APPEARANCES**

DAVID CREWS, Clerk of Court

/s/Sallie Wilkerson
(BY) Sallie Wilkerson- Courtroom Deputy

Date: September 4, 2015

To: Robert H. Norman    (electronic notice only)        U. S. Probation Service (electronic notice only)

Thomas R. Trout    (electronic notice only)        U. S. Marshal Service (electronic notice only)

**CONTACT SALLIE WILKERSON AT 662/281-3041 OR EMAIL Sallie_Wilkerson@msnd.uscourts.gov
IF YOU HAVE ANY QUESTIONS .**