IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

## CRIMINAL MINUTES (Telephone Conference)

**CASE NO.:** 3:15CR108 M     **PLACE HELD:** Oxford, Mississippi
**UNITED STATES OF AMERICA v. AUSTIN REED EDENFIELD**
**DATE & TIME BEGUN:** SEPTEMBER 14, 2015, 10:00 AM
**DATE & TIME ENDED:** SEPTEMBER 14, 2015, 10:20 AM

**TOTAL TIME: 20 MINUTES**

**PRESENT:**
      HONORABLE MICHAEL P. MILLS, UNITED STATES DISTRICT JUDGE

Sallie Wilkerson
**Courtroom Deputy Clerk**

**ATTORNEY(S) FOR GOVERNMENT:**        **ATTORNEY(S) FOR DEFENDANT(S):**
AUSA CHAD LAMAR                        T.R. TROUT
AUSA BOB NORMAN

**PROCEEDINGS:**   TELEPHONE CONFERENCE

**ENTRY TO BE MADE ON DOCKET:** Telephone conference held.

**DAVID CREWS, CLERK**

By:  /s/ Sallie Wilkerson
       Courtroom Deputy Clerk