IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

## CRIMINAL MINUTES (SENTENCING)

**CASE NO.:** 3:15CR108                **PLACE HELD:** Oxford, Mississippi
**UNITED STATES OF AMERICA V. AUSTIN REED EDENFIELD**
**DATE & TIME BEGUN:** JULY 21, 2016, 11:00 AM
**DATE & TIME ENDED:** JULY 21, 2016, 11:25 AM
                                                      **TOTAL TIME:** 25  MINUTES

**PRESENT:**
         HONORABLE MICHAEL P. MILLS, UNITED STATES DISTRICT JUDGE

Sallie Wilkerson                                      Rita Young
**Courtroom Deputy Clerk**                            **Official Court Reporter**


**ATTORNEY(S) FOR GOVERNMENT:**          **ATTORNEY(S) FOR DEFENDANT(S):**
AUSA ROB COLEMAN                         T.R. TROUT
AUSA BOB NORMAN                          CLARK TROUT

**U.S. PROBATION OFFICER:**
BRANDON COLE


**PROCEEDINGS:**     SENTENCING


**ENTRY TO BE MADE ON DOCKET:**  Sentencing held.   Final judgment to follow.


                              **DAVID CREWS, CLERK**

                          By:   /s/Sallie Wilkerson
                                Courtroom Deputy Clerk